UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE, *pro se*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1486 |
| ) | |
| CALIFORNIA DEPARTMENT ) | Judge Henry H. Kennedy |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

COMES NOW Vinay J. Jolly of Kilpatrick Stockton LLP and files his notice of appearance as additional counsel for State Compensation Insurance Fund, on behalf of California Department of Corrections.

Counsel's address and phone number are as follows:

Vinay J. Jolly, Esq.
DC Bar No.:  480640
Kilpatrick Stockton LLP
607 14th Street, NW Suite 900
Washington, DC  20005
(202) 508-5800
(202) 508-5858

This 14th day of November, 2005.

9002814.1

        Respectfully submitted,

        __/s/ Vinay Jolly_____
        Vinay J. Jolly
        DC Bar No.:  480640
        Kilpatrick Stockton LLP
        607 14th Street, NW Suite 900
        Washington, DC  20005
        (202) 508-5800
        (202) 508-5858
        Attorneys for California State Insurance
        Compensation Fund

OF COUNSEL:

Paul M. Rosenblatt
Georgia Bar No. 614522
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4530
Tel: (404) 815-6321
Fax: (404) 541-3373

Michael D. White
DC Bar No. 493481
Kilpatrick Stockton LLP
607 14th Street, NW Suite 900
Washington, DC  20005
Tel:  (202) 508-5800
Fax:  (202) 508-5858

        Respectfully submitted,

        __/s/ Vinay Jolly_____
        Vinay J. Jolly
        DC Bar No.:  480640
        Kilpatrick Stockton LLP
        607 14th Street, NW Suite 900
        Washington, DC  20005
        (202) 508-5800
        (202) 508-5858
        Attorneys for California State Insurance
        Compensation Fund

OF COUNSEL:

Paul M. Rosenblatt
Georgia Bar No. 614522
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4530
Tel: (404) 815-6321
Fax: (404) 541-3373

Michael D. White
DC Bar No. 493481
Kilpatrick Stockton LLP
607 14th Street, NW Suite 900
Washington, DC  20005
Tel:  (202) 508-5800
Fax:  (202) 508-5858

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a true and correct copy of the foregoing upon Mr. Lee by depositing a copy of same in the U.S. Mail, with sufficient postage thereon to insure delivery, and properly addressed as follows:

Russell L. Lee
#1319
4100 Massachusetts Ave., N.W.
Washington, D.C. 20016

This 14th day of November, 2005.

                                  ___/s/ Vinay Jolly_____
                                  Vinay J. Jolly