UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUSSELL L. LEE, *pro se*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-1486 |
| | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) | Judge Henry H. Kennedy |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## [Proposed] ORDER STRIKING COMPLAINT

The Court has considered the Motion of California State Compensation Insurance Fund seeking to strike the complaint (the "Motion"). Mr. Lee was properly served and had an opportunity to respond to the Motion. The Court has weighed and considered the pleadings and the positions of the parties, and opposition if any to the Motion. The Court has applied the applicable law thereto. Based upon the foregoing, the Motion is **GRANTED**.

The complaint is stricken from the docket and this case is dismissed.

This ____ day of _____, 2005.

_____
Judge Henry H. Kennedy

United States District Court

Copies to:

Russell L. Lee
#1319
4100 Massachusetts Avenue, NW
Washington, DC 20016

Vinay J. Jolly, Esq.
Kilpatrick Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC 20005

Michael D. White, Esq.
Kilpatrick Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC 20005

Paul M. Rosenblatt
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530