UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-cv-1486 |
| | ) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) Judge Henry H. Kennedy |
| | ) |
| Defendant. | ) |
| | ) |

RECEIVED
NOV 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**REQUEST FOR ENTRY OF**
**DEFAULT AND DEFAULT JUDGMENT**

COMES NOW the Plaintiff Russell L. Lee and moves the Court pursuant to F.R.Civ.P., Rule 55(a)(1), for entry of default and default judgment against the California Department of Corrections.

This motion is based upon this motion, the Memorandum of Points and Authorities filed herewith, all pleadings, papers, records and documentary materials on file or deemed to be on file, those relevant matters of which this Court may properly take judicial notice and upon such other evidence and materials this Court may

1

consider.

Dated: November 14, 2005

                                      Respectfully submitted,

                                      _____

                                      Russell L. Lee, pro se

                                      #1319,
                                      4100 Massachusetts Ave., NW
                                      Washington, DC 20016
                                      202.364.1187

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL L. LEE,              )
                             )
       Plaintiff,            )
                             )
    v.                       )  Civil Action No. 05-cv-1486
                             )
CALIFORNIA DEPARTMENT        )  Judge Henry H. Kennedy
OF CORRECTIONS,              )
                             )
       Defendant.            )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**
**AND DEFAULT JUDGMENT**

Defendant California Department of Corrections was served at its office in Sacramento California on August 25, 2005. Defendant had until September 14, 2005, to plead or otherwise defend and has not done so. Rule 55(a) provides:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

A true and correct copy of the a "Track & Confirm" document of the United States Post Office,

indicating service on Defendant on August 25 is attached hereto as Exhibit A.

Dated: November 15, 2005

        Respectfully submitted,

        RUSSELL L. LEE, Pro Se

#1319
4100 Massachusetts Ave, NW
Washington, DC 20016
202.364.118

4

Home | Help | Sign In

Track & Confirm

Track & Confirm

Label/Receipt Number: **7005 1820 0002 4589 1187**
Status: **Delivered**

Your item was delivered at 11:01 am on August 25, 2005 in SACRAMENTO, CA 95814.

Enter Label/Receipt Number.

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.

# EXHIBIT A