UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE, *pro se*,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>CALIFORNIA DEPARTMENT   )<br>OF CORRECTIONS,   )<br>   )<br>   Defendant.   )<br>_____   ) | Civil Action No. 05-cv-1486<br><br>Judge Henry H. Kennedy |

**CALIFORNIA STATE COMPENSATION
INSURANCE FUND'S OBJECTION TO REQUEST
FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

California State Compensation Insurance Fund ("State Fund"), on behalf of the Department of Corrections and Rehabilitation, State of California, by and through counsel, hereby objects to Plaintiff's Request for Entry of Default and Default Judgment (the "Request for Default"), and respectfully states as follows:

1. Prior to Plaintiff Russell Lee ("Mr. Lee") filing his Request for Default, State Fund filed its Motion to Strike Complaint for Violating Pre-Trial Injunction [Docket No. 4] (the "Motion to Strike").

2. As explained in the Motion to Strike, the complaint initiating this action was filed in violation of a pre-filing injunction entered by Judge Kessler in Civil Action No. 05-670.

9045234.1

3. As also explained in the Motion to Strike, pursuant to California statutory law, State Fund is substituted for the plaintiff in this action. The United States Court of Appeals for the District of Columbia Circuit previously ruled that this Court lacks personal jurisdiction over State Fund. <u>See</u> Exhibit A to the Motion to Strike.

4. Furthermore, even if there was no pre-filing injunction in place, which there is, and even if the Court had personal jurisdiction over State Fund, which it does not, the Request for Default is procedurally improper (lack of proper affidavits) and substantively lacking (lack of evidence that personal service was effectuated or a waiver of service was obtained).

**WHEREFORE**, the Request for Default should be denied and this civil action should be dismissed with prejudice.

This 23rd day of November, 2005.

Respectfully submitted,

____/s/ Vinay Jolly_____
Vinay J. Jolly
DC Bar No.: 480640
Kilpatrick Stockton LLP
607 14th Street, NW Suite 900
Washington, DC  20005
(202) 508-5800
(202) 508-5858
Attorneys for California State Insurance Compensation Fund

9045234.1

OF COUNSEL:

Paul M. Rosenblatt
Georgia Bar No. 614522
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Tel: (404) 815-6321
Fax: (404) 541-3373

Michael D. White
DC Bar No. 493481
Kilpatrick Stockton LLP
607 14th Street, NW Suite 900
Washington, DC 20005
Tel: (202) 508-5800
Fax: (202) 508-5858

3

9045234.1

# CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing upon Mr. Lee by depositing a copy of same in the U.S. Mail, with sufficient postage thereon to insure delivery, and properly addressed as follows:

Russell L. Lee
#1319
4100 Massachusetts Ave., N.W.
Washington, D.C. 20016

This 23rd day of November, 2005.

                                                                           __/s/ Vinay Jolly_____
                                                                           Vinay J. Jolly

9045234.1