UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE, *pro se*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-1486 |
| ) | |
| CALIFORNIA DEPARTMENT ) | Judge Henry H. Kennedy |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER DENYING MOTION

The Court has considered the Motion of Plaintiff Russell L. Lee Requesting Entry of Default and Default Judgment (the "Motion"). The Court has weighed and considered the pleadings and the positions of the parties. The Court has applied the applicable law thereto. Based upon the foregoing, the Motion is **DENIED**.

This ____ day of _____, 2005.


_____
Judge Henry H. Kennedy
United States District Court

Copies to:

Russell L. Lee
#1319
4100 Massachusetts Avenue, NW
Washington, DC  20016

Michael D. White, Esq.
Kilpatrick Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC  20005

Paul M. Rosenblatt
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4530