UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Defendant. | Civil Action 05-01486 (HHK) |

ORDER DIRECTING PLAINTIFF
TO RESPOND TO DEFENDANT'S MOTION

This matter comes before the court upon defendant's motion to strike, filed November 14, 2005 [#4]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509. Failure to respond to the defendant's motion to strike may result in the court granting that motion as conceded, thereby possibly resolving the entire case in favor of defendant.

Accordingly, it is by the court this 23rd day of November, 2005,

**ORDERED** that plaintiff file his opposition to defendant's motion by no later than December 15, 2005.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge