RECEIVED
DEC 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUSSELL L. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-cv-1486(HHK) |
| ) | |
| CALIFORNIA DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO STRIKE**

COMES NOW the Plaintiff and complies with the Order of November 23, 2005 to respond to Defendant's Motion to Strike the Complaint.

More details grounds for this Opposition are more fully set forth in the attached memorandum of points and authorities.

This 13th day of December 2005.

Respectfully submitted,

Russell L. Lee

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL L. LEE,            )
                           )
        Plaintiff,         )
                           )
    v.                     )  No. 05-cv-1486(HHK)
                           )
CALIFORNIA DEPARTMENT      )
OF CORRECTIONS,            )
                           )
        Defendant.         )

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE

#### RES JUDICATA

This action pertains to Plaintiff's claim that his workers' compensation award is entitled to res judicata effect.

> In *Stoll v. Gottlieb,* **305 U.S. 165**, 59 S.Ct. 134, 83 L.Ed. 104 (1938), it was held that where the issue of the court's jurisdiction had been litigated in one action, it became res judicata and could not thereafter be challenged by collateral attack. This rule was extended in *Chicot County Drainage District v. Baxter State Bank,* **308 U.S. 371**, 60 S.Ct. 317, 84 L.Ed. 329 (1940), to the case where the unsuccessful litigant in the prior action had appeared and contested on the merits without expressly raising the jurisdictional point. This also became res judicata because the issue was one which was

2

implicitly passed on and which might have been expressly litigated.

*In Matter of C. A. P.*, 359 A.2d 11, 12 (1976).

### PERSONAL JURISDICTION

A Rule 12(f) Motion to Strike must be made within 20 days after service of the pleading upon the party. SCIF filed its motion 81 days after service of the pleading claiming this Court lacks personal jurisdiction over the State Fund. A defense of lack jurisdiction is waived if not timely raised;

> [U]nlike subject-matter jurisdiction, which even an appellate court may review *sua sponte*, under Rule 12(h), Federal Rules of Civil Procedure, "[a] defense of lack of jurisdiction over the person . . . is waived" if not timely raised in the answer or a responsive pleading.

*Insurance Corp. v. Compagnie Des Bauxites*, 456 U.S. 694 (1982).

### SCIF'S DEFAULT

A Motion to Strike is an affirmative defense. An affirmative defense may be raised by pre-answer motion under Rule 12(f) when the facts that give rise to the defense are clear from the

face of the complaint. *Smith-Haynie v. District of Columbia*, 155 F.3d 575, 578 (D.C. Cir. 1998). There is nothing in the Complaint that gives rise to a Rule 12(f) defense.

Served on August 25, 2005, SCIF did not appear until November 14, 2005, making default.

### CONCLUSION

The Court is authorized to adjudicate Plaintiff's claims, to exercise personal jurisdiction over the parties. The untimely Motion of Defendant must be **DENIED**.

Dated: December 13, 2005

Respectfully submitted,

RUSSELL L. LEE, Pro Se
#1319
4100 Massachusetts Ave, NW
Washington, DC 20016

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing upon Defendant by depositing a copy of same in the U.S. Mail, with sufficient postage thereon to insure delivery, and properly addressed as follows:

    Vinay J. Jolly
    KILPATRICK STOCKTON LLP
    607 14th Street, NW, Suite 900
    Washington, DC 20005

This 13th day of December 2005.

          RUSSELL L. LEE, pro se
    #1314
    4100 Massachusetts Ave., NW
    Washington, DC 20016

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
DEC 1 4 2005
RECEIVED

support, and clearly, Rankin put the burden of proof on Plaintiff.

Finally, we have the case of the murderer, a Negro, whose death sentence was overturned by the Colorado Supreme Court in accordance with law. In my own case dismissal was not in accordance with law, the Full Faith and Credit Statute, because a Negro who murders disturbs the system less than a Negro who speaks the truth. My brother Quale's family values?

This country has moved beyond the institution of slavery but the attitude thereof is still here, to some extent. Malcolm X's house nigger is still here too. Somebody oughta kill that lying son of bitch.

Sincerely,

Russell L. Lee

#1319
4100 Massachusetts Ave., NW
Washington, DC 20016


Copies:

Bobbye Pratt, Meg Smithz, Cameron W. Barr, Karin Brulliard, Henre E. Cauvin, Tom Jackman, Allison Klien, Jerry Markon, Eric Rich, Avis Thomas-Lester Tara Young, Judge Michael L. Rankin


"Vengence belongs to Jesus Christ."



"Join The Adventure"

**Mail to:**   c/o   , **Suite M1075**, 1903 60th Place, Bradenton, FL 34203

THIS IS A _____ for **Filipina/Asian Girls**
**Press both the** _____ **keys to Print this form on your Computer Printer:**

This APPLICATION is _____ for _____ that desire to submit their PROFILE to us. The Internet Publication is an introduction publication read by men interested in an Asian Lady for a future relationship.
_____ : **Enclose 1 or 2 different** " _____ " **photos of you**

Your Name:_____ (Phone )_____

Address:_____

_____(E-MAIL )_____

Age:____   Date of Birth:_____   Height:_____   Weight:_____

Describe Yourself: _____

_____

_____

Education: _____   Your Occupation:_____

Religion: _____   Are you interested in possible Marriage?_____

Can You accept a divorced man?_____   Is the man's age important to you?_____

Describe the man you would like to have write to you: _____

_____

_____

What are your goals in life:_____

**Sign your legal**
**Signature:**_____Date:_____

( I hereby give " _____ ", "Filipina Lady.com" ®," " _____ "®," " _____ ®", and their affiliates, permission to publish my photos and information on the Internet*, and special related publications. (Addresses are given out by Membership & special publications* only) ( _____ ) The Davis Place International, it's subsidiaries and affiliates shall not be held responsible (in any way whatsoever for any psychological or physical interaction between the parties hereto or hereafter. Said responsibility is only between the parties themselves. Each person using any services herewith, agrees they are the legal age of 18 years or older, and are Adults and totally responsible for their own actions in connection with any of the services offered by the websites and individuals herein.

http://www.singlefilipina.com/application.htm                                                              12/12/2005