UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE,<br><br>          Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>          Defendant. | Civil Action 05-01486 (HHK) |

## ORDER

Before the court is the motion of defendant to strike the complaint in this action (#4). Upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that the motion should be granted.

Accordingly, it is this 26th day of December 2005, hereby

**ORDERED** that the complaint in this case is **STRICKEN**; and it is further

**ORDERED** that the clerk shall terminate this action.


                                              Henry H. Kennedy, Jr.
                                              United States District Judge