UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL L. LEE,            )
                           )
       Plaintiff,          )
                           )
v.                         ) No. 05-cv-1486(HHK)
                           )
CALIFORNIA DEPARTMENT      )
OF CORRECTIONS,            )
                           )
       Defendant.          )

### MOTION FOR RECONSIDERATION

COMES NOW the Plaintiff and moves the Court, pursuant to Rule 59(e), to reconsider its Order of December 26, 2005 granting Defendant's Motion to Strike the Complaint.

More details grounds for this Motion are more fully set forth in the attached memorandum of points and authorities.

This 5th day of January 2006.

Respectfully submitted,

Russell L. Lee

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL L. LEE,                )
                               )
        Plaintiff,              )
                               )
        v.                     ) No. 05-cv-1486(HHK)
                               )
CALIFORNIA DEPARTMENT          )
OF CORRECTIONS,                )
                               )
        Defendant.             )

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff asks the Court to consider three things:

First, its failure to state a reason for its decision to grant Defendant's motion:

Second, its failure to address Plaintiff's timely filed compliance with the Court's November 23, 2005 Order that Plaintiff respond to Defendant's Motion to Strike the Complaint, and

Three, its failure to look to state law to determine whether Defendant's motion constitutes an unconstitutional collateral attack against a final

2

California judgment.

> Under the doctrine of claim preclusion, "[a] final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action." *Moitie*, 452 U.S., at 398; see also *Baker v. General Motors Corp., ante,* at 233, n. 5 ("a valid final adjudication of a claim precludes a second action on that claim or any part of it"). Claim preclusion (res judicata), as Rule 8(c) of the Federal Rules of Civil Procedure makes clear, is an affirmative defense. See also *Blonder-Tongue Laboratories, Inc. v. University of Ill. Foundation,* 402 U.S. 313, 350 (1971) ("Res judicata and collateral estoppel [issue preclusion] are affirmative defenses that must be pleaded." (italics omitted)).

*Rivet v. Regions Bank of LA,* 522 U.S. 470, 476.

"The Ku Klux Klan is a US Supreme Court recognized and protected Christian Organization in multiple Supreme Court decisions. . . ," boasts the Klan on its web site. Indeed, in *Collin v. Smith,* 578 F.2d 1197, the Court ruled the Klan had a constitutional right to spew out hatred against Jews who had survived the Nazi holocaust, calling it free speech.

Now that King has died for civil rights,

3

now that Congress has passed so many laws to protect minorities in America, now that Plaintiff has through INDIGNATION expressed hatred for the ways of Jews, Courts at three levels in America have come out with violent, emotional reactions to INDIGNATION. assuming they were on it in the first instance, did INDIGNATION blow those Courts blown off the constitutional foundation? Exhibit A.

Abramoff will do at least 10 years for lying. Yet, three levels of federal courts have come out with lying, curt decisions in response to INDIGNATION, conspiring with State Fund to defraud Plaintiff of a few disability crumbs. Are they proud of it? They ought to be ashamed of it.

Their lying deceit supports Venezuelan President Hugo Chavez who, speaking in September 2005 at the United Nations, said: "The United States is a terrorist state. It is a government that violates all rules and behaves shamelessly. . . ."

4

## *CONCLUSION*

It seems clear, the religion of the American people is lying; they rely on lying more than the Constitution. The Court is authorized to adjudicate Plaintiff's claims, to exercise personal jurisdiction over the parties because the judgment Plaintiff seeks to enforce is res judicata.

This 5th day of January 2005.

Respectfully submitted,

RUSSELL L. LEE, Pro Se
#1319
4100 Massachusetts Ave, NW
Washington, DC 20016

5

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing upon Defendant by depositing a copy of same in the U.S. Mail, with sufficient postage thereon to insure delivery, and properly addressed as follows:

Vinay J. Jolly
KILPATRICK STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005

This 5th day of January 5, 2006.

_____
RUSSELL L. LEE, pro se
#1314
4100 Massachusetts Ave., NW
Washington, DC 20016

6

# EXHIBIT A

## THE RIGHTEOUS INDIGNATION OF A RIGHTEOUS MAN

The oil of gladness is upon me. I hate the ways of faggots, Jews, Pentecostalists, the Religious Right, the Christian Coalition, Republicans, the typical Americanized Negro female, the NAACP, Clarence Thomas type niggers. I hate some of the deeds of dogs too. Ugly! oppressive are their ways. Increase in my heart of hearts, O God, hatred for the wicked way.

Even their body language he hates. The tone of their voice, the quack/quack, strident sound springing from top of their throats, I hate. It grates on the soul. The guttural sound soothes the soul. The pig's grunt, the melodious, thunderous roar of lions, I love.

Hollywood Jew, why you show the Black male on film always a buffoon? You got a plan? Screams he, anti-Semitism! and so, stacks a second lie atop the first. The African female he shows on the screen to be a bitch - a loud-mouth, head-wagging, arms-akimbo bitch of a role model. The European female he shows as such one percent of the time. The natural authority of the Black man she hates.

Supernigger, make plain this bitch's attitude. Mother of the weakest, least respected man on earth, having six bastards of disparate shades of hue, I'm strong, she says. Can't no nigger tell me what to do. She wants to lead. She does lead - the whole nation in suicide. White woman taking our men, she whines, all the while using her mouth to drive them into the wiles, hellholes and traps of Nicole. [If Lucille won't her sister will. He sleeps no more with his foe.] A nasty Mexican's dick she'll suck for ten dollars; a nigger's for twenty; a peckerwood's free of charge. She dyed her hair to solve her problem. She reads the least and talks the most. A lazy and husbandless bitch, she is the one who raises that baby-killing bastard who daily plagues the Black community by slinging crack. Her madness fell on them. She dyed her hair to solve her problem. When I get to be a big girl, she thinks, I got to be a bitch.

Let a scared shitless, sniveling nigger cease flattering European Americans who flatter themselves by calling themselves white. What will they do? They will do what they've always done - on stage, on screen and radio, in courts of law too. They do what Judas did - tell lies for money. But for weakness of mind flattery will not cease.

To forestall the browning of America a principal in the back woods of Alabama decides who among students phugs whom. Preachments against interracial phuging we once needed - when promiscuous slavers were phuging, sucking, abusing little slave girls and boys too, Goddamnit! - but not now.

COMES NOW a pink face having too little to late, falsely calling itself one of the most wholesome words in the English language: this word, white, ill fits and contradicts the racist way. It's a crying shame! Tell a friend, friend.

"Envy thou not the oppressor, and choose none of his ways." Proverbs 3:31.